UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14072-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DERRICK TYRONE LAMB,

    Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued December 5, 2007 [29]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Derrick Tyrone Lamb is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of January, 2008.

                                            K. MICHAEL MOORE
                                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record